ORIGI...

FILED

2018 DEC -4  AM 11: 49

CLEAK U S DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

*Ka*

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>JEFFREY CRAIG YOHAI,<br><br>DEFENDANT(S) | CASE NUMBER<br>CR No. **CR 18 - 00834**<br><hr>**NOTICE TO COURT OF**<br>**RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 224 AS<br>AMENDED BY GENERAL ORDER 98-04) |
|---|---|

Plaintiff United States of America hereby informs the Court that the above-entitled

criminal case may be related to <u>SEALED</u>, Case No. 18-11-AB, which:

   __X__    was previously assigned to the Honorable Andre Birotte;

   _____    has not been previously assigned.

The above-entitled cases may be related for the following reasons:

   _____    the cases arise out of the same conspiracy, common scheme, transaction,
             series of transactions or events;

   __X__    the cases involve one or more defendants in common and would entail
             substantial duplication of labor in pretrial, trial or sentencing proceedings if
             heard by different judges.

Additional explanation (if any):

Dated: November 30, 2018

Andrew Brown
Assistant United States Attorney