```
 1  NICOLA T. HANNA
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    ANDREW BROWN (Cal. Bar No. 172009)
 4  Assistant United States Attorney
    Major Frauds Section
 5       1100 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0102
 7       Facsimile: (213) 894-6269
         E-mail:    andrew.brown@usdoj.gov
 8  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 9
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-834-AB |
|---|---|
| Plaintiff, | X̶X̶X̶P̶R̶O̶P̶O̶S̶E̶D̶X̶X̶ ORDER SETTING TRIAL DATE AND EXCLUDING TIME |
| v. | |
| JEFFREY CRAIG YOHAI, | |
| Defendant. | |

The Court has read and considered the Stipulation to Set Trial Date and Exclude Time filed contemporaneously by the parties. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible,

1

or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is set for March 19, 2019. The status conference hearing is continued to February 22, 2019.

2. The time period from January 24, 2019, to March 19, 2019, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. § 3161(h)(7)(A).

///

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

1/25/2019

DATE

UNITED STATES DISTRICT JUDGE

Presented by:
/s/
ANDREW BROWN
Assistant United States Attorney

3