UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No.: | CR 18-00834-AB | Date: | February 22, 2019 |
|---|---|---|---|

| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
|---|---|
| Interpreter | N/A |

| Carla Badirian | Chia Mei Jui | Andrew Brown |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jeffrey Craig Yohai | √ | √ | | FPD, Hilary L Potashner<br>DFPD, Michael Lightfoot | √<br>√ | √<br>√ | |

**Proceedings:**   STATUS CONFERENCE (Held and Completed)

Court and counsel confer regarding the status of the case, including discovery and trial.

For the reasons stated on the record, the jury trial date remains set for Tuesday, March 19, 2019 at 8:30 am.

IT IS SO ORDERED.

CC: PSA

                                                                                           00 : 15

                                                                    Initials of Deputy Clerk   CB